JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY LUEVANO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD ALBERT JOHNSON, an individual; A & M TRANSPORT LLC., and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:19cv-00204-MWF(Ex)<br><br>*[Los Angeles County Superior Court; Case No.: BC710256]*<br><br>**ORDER FOR DISMISSING ENTIRE ACTION WITH PREJUDICE** |

## ORDER

This stipulation is approved. The entire action is hereby dismissed with prejudice.

Dated: October 23, 2019

_____
Hon. Michael W. Fitzgerald
U.S. District Judge

---

**1**
**ORDER FOR DISMISSING ENTIRE ACTION WITH PREJUDICE**